## COMPANION APPENDIX

Fleischman v. Walton, Civil Action No. 2:25-cv-1940

**EXHIBIT A1 — Florida Injunction-Extension Order ( No Domestication )**

**EXHIBIT B1 — Text Message Exchange Identifying NB Police Chief Walton**

# COMPANION APPENDIX

## Fleischman v. Walton, Civil Action No. 2:25-cv-01940-NR

### EXHIBIT A1 — Florida Injunction-Extension Order



**EXHIBIT B1 — Text Message Exchange Identifying NB Police Chief Walton**

